IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case 8:21-cv-01035-WFJ-AAS

ANTONIO RODRIGUEZ and
ROSELIA MARCHAN,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

Pursuant to this Court's order (ECF No. 13), entered on September 20, 2021, granting the United States' Motion for Default Judgment (ECF No. 12), it is hereby:

**ORDERED AND ADJUDGED** that Defendants Antonio Rodriguez and Roselia Marchan, jointly and severally, are indebted to the United States for their unpaid federal income tax liabilities for 2007, 2016, and 2017 in the amount of $179,980.02 as of August 27, 2021, plus any further interest and statutory additions on the assessments as allowed by law to the date of payment. The United States is also awarded its costs for service of process of the Complaint on the Defendants.

**DONE AND ORDERED** at Tampa, Florida, on September 24, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

*Copies furnished to: Counsel of Record and Unrepresented Parties*